**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*402 E. State Street*
*Trenton, New Jersey 08608*

*609 989-2190*

September 15, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Attention: Antigone Owens-Krefski, Deputy Clerk

Re: United States v. John Dixson
Related to: United States v. Gregory Deas, Crim. No. 23-353 (EP)

Dear Ms. Owens-Krefski:

Enclosed for assignment is an Information charging defendant John Dixson with wire fraud in violation, of 18 U.S.C. § 1343, and conspiracy to distribute and possess with intent to distribute 1 kilogram or more of heroin, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), in violation of 21 U.S.C. § 846. The charges in the Information arose from the similar events that form the basis for the Indictment in the other matter referenced above, which is assigned to the Honorable Evelyn Padin, United States District Judge.

Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

ROBERT FRAZER
United States Attorney

By: s/ *Tracey Agnew*
Tracey Agnew
Attorney-in-Charge